

# THE THIRTEENTH COURT OF APPEALS

13-18-00659-CV

EX PARTE A.R.Z.

On Appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2018-DCL-00541-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, and it is ordered that it pay all costs of the appeal from which they are not exempt by statute.

We further order this decision certified below for observance.

April 9, 2020